IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA CRUZ LUMBRERAS | § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 25-cv-437 |
| | § | |
| VS. | § | |
| | § | |
| CITY OF EDINBURG, TEXAS | § | (JURY REQUESTED) |
| *Defendant*s | § | |

**NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES, DEFENDANT CITY OF EDINBURG, TEXAS, and, pursuant to 28 U.S.C. § 1446(a), files its Notice of Removal of the present cause from the 332nd Judicial District Court of Hidalgo County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, McAllen Division, and in support thereof would respectfully show the following:

1.      On July 21, 2025, Plaintiff filed her Original Petition in the 332nd Judicial District Court of Hidalgo County, Texas, naming the City of Edinburg, Texas, as Defendant, styled *Maria Cruz Lumbreras v. City of Edinburg, Texas,* and the Cause Number C-3559-25-F.  A copy of Plaintiff's Original Petition is attached as part of the Index of Exhibits.  On August 8, 2025, Plaintiff filed her First Amended Original Petition.  On August 11, 2025, Defendant City of Edinburg was served with Plaintiff's First Amended Original Petition.  A copy of Plaintiff's First Amended Original Petition is attached as part of the Index of Exhibits.

2.     In Plaintiff's First Amended Original Petition, Plaintiff brings several claims against Defendant City of Edinburg based upon Plaintiff's separation from employment from the City of Edinburg.  *See* Plaintiff's First Amended Original Petition.  Specifically, Plaintiff brings claims of retaliation under the Texas Whistleblower Act, retaliation and disability discrimination under the Texas Labor Code, hostile work environment, intentional infliction of emotional distress.  In addition, Plaintiff claims Defendant violated Plaintiff's procedural due process rights under the Fourteenth Amendment to the U.S. Constitution.  Accordingly, Plaintiff's claims raise a federal question and allows Defendant City of Edinburg to remove this matter to federal court.  Therefore, this case may be removed to this Court by Defendant City of Edinburg on the basis of federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1441.  *Carpenter v. Wichita Falls ISD*, 44 F.3d 362 (5th Cir. 1995).  For any remaining state law claims, the Court may exercise supplemental or pendant jurisdiction.

3.     Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district and division.

4.     Defendant City of Edinburg, Texas was served with Plaintiff's First Amended Original Petition on August 11, 2025. This Notice of Removal was timely filed within thirty (30) days from receipt by Defendant of Plaintiff's First Amended Original Petition, in accordance with the provision of 28 U.S.C. § 1446(b).

5.     Defendant City of Edinburg hereby requests a trial by jury.

6.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this removal has been promptly provided to Plaintiff following the filing of same via electronic notice and certified mail.  Further, a copy of this Notice of Removal was promptly filed with the clerk of the state court from which this cause was removed.

Respectfully submitted,

Heather Scott
State Bar No. 24046809
USDC Adm. No. 575294
Email: hscott@gsmtxlaw.com

Pollyanna Molina
State Bar No. 24127484
USDC Adm. No. 2954550
Email: pmolina@gsmtxlaw.com

R.D. "Bobby" Guerra
State Bar No. 08578640
USDC Adm. No. 5949
Email: rdguerra@gsmtxlaw.com

GUERRA, SCOTT & MOLINA, P.L.L.C.
1534 East 6th Street, Suite 200
Brownsville, Texas 78520
Telephone: (956) 541-1846
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served on the 5th day of September 8, 2025 in accordance with the Federal Rules of Civil Procedure as set forth below:

*Via Electronic Notice*
Lema Mousilli
Mousillo Law, PLLC
11807 Westheimer Rd., Ste. 550, PMB 624
Houston, Texas 77077

Heather Scott